# UNITED STATES BANKRUPTCY COURT
## Central District Of California (Los Angeles)

IN RE:                                          Case No.:    2:11-bk-23014

Debtors: Roberto Corona-Lara and Maria Rocio Corona     Loan Number (Last 4):    4867

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Chase Records Center - Attn: Correspondence Mail | Court Claim # (if known): 9 |
| Mail Code LA4-5555 - 700 Kansas Lane | Amount of Claim:    $469,461.76 |
| Monroe, LA 71203 | Date Claim Filed:    04/28/2011 |
| Phone:    800-848-9380 | Last Four Digits of Acct #:    4867 |
| Last Four Digits of Acct #:    4867 | |

Name and Address where transferee payments should be sent (if different from above):

JPMorgan Chase Bank, N.A.

Mail Code: OH4-7133 - PO Box 182349

Columbus, OH 43218

Phone:    800-848-9380

Last Four Digits of Acct #:    4867

Transfer Effective: May 01, 2011

By:    /s/ Bill Taylor                                    Date:    July 04, 2011
       Authorized Filing Agent for Filer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-8755c780-35e0-4e98-9d93-827ec497b237